**FILED**
JUN 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RMW

_____, Plaintiff,

vs.

_____, Defendant.

CV 08 2884

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Curtis Thompson, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ✓   No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 32¢ hr × 119 hr 39.08   Net: After Restitution 16.00 A month

Employer: M&S Puga At Corcoran State Prison

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APP. TO PROC. IN FORMA PAUPERIS                 - 1 -

1 and wages per month which you received. (If you are imprisoned, specify the last place of
2 employment prior to imprisonment.)
3 $SI
4 _____
5 _____

6 2. Have you received, within the past twelve (12) months, any money from any of the following
7 sources:

8     a. Business, Profession or                            Yes ___ No ✓
9          self employment
10     b. Income from stocks, bonds,                         Yes ___ No ✓
11          or royalties?
12     c. Rent payments?                                       Yes ___ No ✓
13     d. Pensions, annuities, or                                Yes ___ No ✓
14          life insurance payments?
15     e. Federal or State welfare payments,                Yes ___ No ✓
16          Social Security or other govern-
17          ment source?

18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20 _____
21 _____

22 3. Are you married?                                      Yes ___ No ✓
23 Spouse's Full Name: _____
24 Spouse's Place of Employment: _____
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $_____ Net $_____
27 4. a. List amount you contribute to your spouse's support:$ 0
28     b. List the persons other than your spouse who are dependent upon you for support

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

NONE

5. Do you own or are you buying a home?   Yes ___ No ✓
Estimated Market Value: $ 0   Amount of Mortgage: $ 0

6. Do you own an automobile?   Yes ___ No ✓
Make _____ Year _____ Model _____
Is it financed? Yes ___ No ✓   If so, Total due: $ _____
Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
Name(s) and address(es) of bank: _____

Present balance(s): $ 0

Do you own any cash? Yes ___ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

8. What are your monthly expenses?
Rent: $ 0   Utilities: 0
Food: $ 0   Clothing: 0
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

1  ∅

2  _____

3  10.   Does the complaint which you are seeking to file raise claims that have been presented in

4  other lawsuits?   Yes ___  No ✓

5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6  they were filed.

7  ∅

8  _____

9     I consent to prison officials withdrawing from my trust account and paying to the court the

10  initial partial filing fee and all installment payments required by the court.

11     I declare under the penalty of perjury that the foregoing is true and correct and understand

12  that a false statement herein may result in the dismissal of my claims.

13

14  _5/19/08_                          _[signature]_

15  DATE                                SIGNATURE OF APPLICANT

16

17

18

19

20

21

22

23

24

25

26

27

28

PRIS. APP. TO PROC. IN FORMA PAUPERIS                 - 4 -

```
 1
 2                                                    Case Number: _____
 3
 4
 5
 6
 7
 8                          CERTIFICATE OF FUNDS
 9                                    IN
10                           PRISONER'S ACCOUNT
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _____Keith Hannigan_____ for the last six months at
14                                              [prisoner name]
15   _____Corcoran State Prison_____ where (s)he is confined.
16                 [name of institution]
17        I further certify that the average deposits each month to this prisoner's account for the most
18   recent 6-month period were $ 13.07 _____ and the average balance in the prisoner's account
19   each month for the most recent 6-month period was $ 10.42 _____.
20
21   Dated: 5-14-08                           Angela B. Maxwell
22                                            [Authorized officer of the institution]
23
24
25
26
27
28
```

- 5 -

```
REPORT ID: TS3030 .701                              REPORT DATE: 05/14/08
                                                         PAGE NO:      1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                        CALIF. STATE PRISON CORCORAN
                        INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: NOV. 01, 2007 THRU MAY 14, 2008

ACCOUNT NUMBER : H24417              BED/CELL NUMBER: 3A0200000000103L
ACCOUNT NAME   : THOMPSON, CURTIS JAMES    ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION   COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----  ----  -----------   -------    ---------   --------   -----------   -------

11/01/2007   BEGINNING BALANCE                                              0.00

11/06*VD54 INMATE PAYROL 1639/OCT07              5.44                       5.44
11/07 W536 COPAY CHARGE  1675/10-31                         5.00            0.44
12/06*VD54 INMATE PAYROL 1992 11 07             10.53                      10.97
12/10 W515 COPY CHARGE   2033/SQ                           10.90            0.07
     ACTIVITY FOR 2008
01/04*VD54 INMATE PAYROL 2357/DEC07             15.37                      15.44
01/04 FC02 DRAW-FAC 2    2375/3A1DR                        15.44            0.00
02/07*VD54 INMATE PAYROL 2853/JAN08              2.70                       2.70
02/07*VD54 INMATE PAYROL 2853/JAN08              6.92                       9.62
02/07*VD54 INMATE PAYROL 2853/JAN08              4.05                      13.67
02/08 FC02 DRAW-FAC 2    2879/3A1DR                         8.67            5.00
02/21 W536 COPAY CHARGE  3041 01 22                         5.00            0.00
03/06*VD54 INMATE PAYROL 3242 02/08             10.59                      10.59
03/07 FC02 DRAW-FAC 2    3265/1DR3A                         8.99            1.60
03/13 W515 COPY CHARGE   3384/MED                           1.60            0.00
04/04*VD54 INMATE PAYROL 3730/MAR08              9.96                       9.96
04/07 FC02 DRAW-FAC 2    3758 3A1DR                         9.96            0.00
05/06*VD54 INMATE PAYROL 4246/APR08             12.86                      12.86
05/07 FC02 DRAW-FAC 2    4282/3A1DR                        12.86            0.00


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 09/29/94                  CASE NUMBER: SC35074A
COUNTY CODE: SM                           FINE AMOUNT: $   200.00

    DATE       TRANS.    DESCRIPTION                    TRANS. AMT.    BALANCE
    ----       ------    -----------                    -----------    -------

11/01/2007    BEGINNING BALANCE                                         189.94

11/06/07      VR54      RESTITUTION DEDUCTION-SUPPORT      6.03-        183.91
```

```
REPORT ID: TS3030  .701                          REPORT DATE: 05/14/08
                                                 PAGE NO:         2
                     CALIF. STATE PRISON CORCORAN
                     INMATE TRUST ACCOUNT STATEMENT

            FOR THE PERIOD: NOV. 01, 2007 THRU MAY 14, 2008

ACCT: H24417      ACCT NAME: THOMPSON, CURTIS JAMES      ACCT TYPE: I


                     * RESTITUTION ACCOUNT ACTIVITY


DATE SENTENCED: 09/29/94                  CASE NUMBER: SC35074A
COUNTY CODE: SM                           FINE AMOUNT: $     200.00

  DATE     TRANS.   DESCRIPTION                 TRANS. AMT.    BALANCE
--------   ------   ---------------------------  -----------   --------

12/06/07   VR54     RESTITUTION DEDUCTION-SUPPORT    11.70-     172.21
01/04/08   VR54     RESTITUTION DEDUCTION-SUPPORT    17.07-     155.14
02/07/08   VR54     RESTITUTION DEDUCTION-SUPPORT     3.00-     152.14
02/07/08   VR54     RESTITUTION DEDUCTION-SUPPORT     7.68-     144.46
02/07/08   VR54     RESTITUTION DEDUCTION-SUPPORT     4.50-     139.96
03/06/08   VR54     RESTITUTION DEDUCTION-SUPPORT    11.76-     128.20
04/04/08   VR54     RESTITUTION DEDUCTION-SUPPORT    11.06-     117.14
05/06/08   VR54     RESTITUTION DEDUCTION-SUPPORT    14.28-     102.86


     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *



                         TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL       TOTAL        CURRENT      HOLDS       TRANSACTIONS
 BALANCE    DEPOSITS   WITHDRAWALS    BALANCE     BALANCE      TO BE POSTED
---------  ---------   -----------   ---------   ---------    -------------
    0.00      78.42         78.42        0.00       0.00             0.00


                                               CURRENT
                                              AVAILABLE
                                               BALANCE
                                              ---------
                                                 0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5-14-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE    ACCT. CLK ST



Curtis James Thompson H-24474
3A02-103
PoBot 3461
Coleman CA 93212

RECEIVED
MAY 29 2008
RICHARD W. ...
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

US Court House
450 Golden Gate Ave
San Francisco Ca 94102-3463