UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA



**FILED**
JUN 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

Dear Sir or Madam:

Your action has been filed as a civil case number **CV 08 2884 RMW (PR)**

It appears that you have not attached a complaint or petition to your other pleadings.

If you do not submit a complaint or petition (using the above referenced case number) within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.

Sincerely,
RICHARD W. WIEKING, Clerk

By _____
Deputy Clerk

THOMPSON

(IFP Application / ~~letter~~ / ~~exhibits~~ / ~~motion~~ / no complaint or petition)
(blank complaint form / petition attached)

Rev. 5/08