***E-FILED - 7/25/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS JAMES THOMPSON, ) | No. C 08-2884 RMW (PR) |
| Plaintiff, ) | ORDER OF DISMISSAL |
| v. ) | (Docket No. 1) |
| UNKNOWN, ) | |
| Defendant. ) | |

    Plaintiff, proceeding pro se, filed a completed application to proceed in forma pauperis on June 9, 2008. On that same day, the court sent a notification to plaintiff informing him that neglected to attach a complaint or petition for filing along with his application to proceed in forma pauperis. The court provided a copy of a blank complaint form and petition, and a notification that the case would be dismissed if plaintiff failed to submit a complaint or petition within thirty days. No response has been received from plaintiff.

    Accordingly, this case is DISMISSED without prejudice. Plaintiff's in forma pauperis motion (docket no. 1) is DENIED.

    The clerk shall terminate any pending motions and close the file.

///

Order of Dismissal
P:\pro-se\sj.rmw\hc.08\Thompson884dis      1

1   IT IS SO ORDERED.
2   DATED: 7/25/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order of Dismissal
P:\pro-se\sj.rmw\hc.08\Thompson884dis      2